UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,

            v.

ALEXIS ANTONIO DIAZ,

        Defendant.
```

24-cr-515 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The Court understands that the second superseding indictment, on which the defendant was arraigned on February 20, 2025, was filed without a quorum of at least 16 grand jurors. Accordingly, the Court orders that the second superseding indictment, see ECF Nos. 17, 18, be removed from the docket. The Government may then refile an indictment brought by a full quorum of 16 grand jurors. The Court sets the arraignment of defendant on that forthcoming indictment for Friday, March 7, 2025, at 11 a.m.

SO ORDERED.

Dated:    New York, NY
          March 3, 2025

_____
JED S. RAKOFF, U.S.D.J.