UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA          :

    -v.-                              :          24 Cr. 515 (JSR)

ALEXIS ANTONIO DIAZ               :

    Defendant.                        :
------------------------------------------------------------x

Upon the request of Defendant Alexis Antonio Diaz, by his counsel Kristoff Williams, Esq. and Mitchell Schwartz, Esq., and with good cause shown, it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – Brooklyn, and the United States Marshal Service accept the following clothing for Mr. Diaz, Register Number 30513-511, to wear for appearances at his trial commencing on March 17, 2025, and continuing thereafter:

1. one pair of slacks;
2. two button-down shirts;
3. two pairs of socks;
4. one belt;
5. one pair of shoes.

Dated: New York, New York
        3/11, 2025

SO ORDERED:

_____
**HONORABLE JED S. RAKOFF**
United States District Judge