

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 4, 2025

**By ECF**
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Alexis Antonio Diaz*, 24 Cr. 515 (JSR)

Dear Judge Rakoff:

    The Government submits this letter to respectfully request the unsealing of the Court's sealed memorandum order, dated January 24, 2025.

    On January 24, 2025, the Court issued a memorandum order denying the defendant's motion to suppress in the above-captioned matter, which was sealed at the Government's request. In March 2025, the Court held a trial of the defendant at which certain details relating to an ongoing criminal investigation were revealed, obviating the need for continued sealing of the memorandum order. On April 3, 2025, the parties held a teleconference with the Court and the Court permitted the Government to submit this consent letter motion seeking unsealing of the memorandum order. The Government, with the consent of the defendant, therefore respectfully seeks the unsealing of the Court's January 24, 2025 memorandum order.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

By: _____
    Connie L. Dang
    Katherine Cheng
    Assistant United States Attorneys
    Tel: (212) 637-2543 / -2492

cc:    Counsel of record (by ECF)

→ SO ORDERED
_____
JSDJ
4-8-25